THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON PHILLIPS, Appellant. [745 NYS2d 735] —Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Resisting Arrest.) Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.